IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CRIMINAL NO. 1:11CR530 |
| ) | |
| WILLIAM COLE, ) | |
| ) | |
| Defendant. ) | |

GOVERNMENT'S OPPOSITION TO
DEFENDANT'S MOTION IN *LIMINE*

The defendant has filed a motion in *limine* seeking to exclude evidence he anticipates the government will seek to introduce as 404(b) evidence at trial. The government opposes that motion at this time because it is premature. The Discovery Order entered by this Court on December 2, 2011, provides that the government shall have until seven days before trial to provide notice to the defendant, in accordance with Fed. R. Evid. 404(b), of the general nature of any evidence of other crimes, wrongs, or acts of the defendant the government intends to introduce at trial. (Docket Entry #27 at page 4). The government has not yet provided such notice to the defendant as it is still evaluating the evidence of other crimes, wrongs, and acts of the defendant.

Only after the government determines what evidence, if any, it will seek to introduce pursuant to Fed. R. Evid. 404(b) and provides notice to the defendant of

its intent to use such evidence at trial will the defendant's motion in *limine* be ripe for this Court's consideration.

Accordingly, the government respectfully requests that this Court deny the defendant's motion in *limine* as moot. The defendant will, of course, have the opportunity to file another motion in *limine* if and when the government, within the time afforded by the Court's Discovery Order, provides notice of its intent to use 404(b) evidence at trial.

Respectfully Submitted,

Neil H. MacBride
United States Attorney


By:  _____/s/_____
Patricia T. Giles
Rebeca H. Bellows
Assistant United States Attorneys
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
Telephone (703)299-3700
Facsimile (703)299-3982
patricia.giles@usdoj.gov
becky.bellows@usdoj.gov

<u>Certificate of Service</u>

I certify that on this 17th day of January, 2012, I electronically filed the foregoing Government's Opposition to Defendant's Motion in *Limine* with the Clerk of the Court using the CM/ECF system, and sent a copy *via* electronic mail to the following:

> Jonathan A. Simms, Esq.
> Attorney for William Cole
> Simms & Harris, PLLC
> 11325 Random Hills Road
> Fairfax, Virginia 22030
> jsimms_esq@yahoo.com

                                                       /s/
                                        Rebeca H. Bellows
                                        Assistant United States Attorney
                                        United States Attorney's Office
                                        2100 Jamieson Avenue
                                        Alexandria, VA 22314
                                        Telephone (703)299-3700
                                        Facsimile (703)299-3982
                                        Email: becky.bellows@usdoj.gov